UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sheila Buckman,<br><br>Plaintiff,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | C/A NO: 3:25-7588-SAL<br><br>**DEFENDANT'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Now Comes Defendant The Lincoln National Life Insurance Company ("Lincoln") and respectfully answers the Local Civ. Rule 26.01 Interrogatories as follows:

**(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

**RESPONSE:** None known at this time.

**(B) As to each claim, state whether it should be tried jury or nonjury and why.**

**RESPONSE:** The Plaintiff requested a jury trial in the State Action. However, this action is governed by the Employee Retirement and Income Security Act (ERISA), 42 U.S.C. §1001, et seq., and a jury trial is not available under ERISA.

**(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

**RESPONSE:** The Lincoln National Life Insurance Company is a wholly-owned subsidiary of Lincoln National Corporation. Lincoln National Corporation is publicly traded (NYSE), ticker symbol LNC, with no 10% owners of its stock.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).**

**RESPONSE:** Plaintiff brought this action Sumter County, South Carolina, and the action has been removed from the Sumter County Court of Common Pleas.

**(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

**RESPONSE:** This action is not known to be related to any other matter filed in this District.

**(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**RESPONSE:** Defendant's correct name is The Lincoln National Life Insurance Company. Defendant does not feel an amended pleading is necessary. However, Defendant will accept service of an amended summons and pleading if one is filed.

**(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

**RESPONSE:** Not applicable.

**(H) In any action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name - and identify the citizenship of - every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

**RESPONSE:** Not applicable. This action is governed by the Employee Retirement and Income Security Act (ERISA), 42 U.S.C. §1001, et seq. As such, jurisdiction in this action is based on federal question.

RICHARDSON PLOWDEN & ROBINSON, P.A.

/s/ Eugene H. Matthews
Eugene H. Matthews, ID #7141
Post Office Drawer 7788
Columbia, South Carolina 29202
T: (803) 771-4400
F: (803) 779-0016
Email: gmatthews@RichardsonPlowden.com

*Attorneys for Defendant Lincoln National Life Insurance Company*

Dated this 16th day of July 2025.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, July 16, 2025, a true and correct copy of the document to which this Certificate is affixed was filed with the Clerk of Court using the Court's CM/ECF System.

I further certify that a true and correct copy of the foregoing was served upon all known counsel of record by Electronic Mail on the 16th day of July 2025.

Shannon M. Polvi, Esq.
Email: Shannon@cromerbabb.com

July 16, 2025
Date

/s/ Eugene H. Matthews
Eugene H. Matthews