UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | | |
|---|---|---|
| Sheila Buckman,<br>Plaintiff, | ) | Case No. 3:25-7588-SAL |
| v. | ) | |
| The Lincoln National Life Insurance Company,<br>Defendant. | ) | **Motion in Support of *Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Iwana Rademaekers be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and
2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and
3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and
4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.
5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

______________________________________________

______________________________________________

☐ No duty of consultation is required because the opposing party is proceeding pro se.

Richardson Plowden & Robinson, P.A.
Firm Name
Post Office Drawer 7788
Street Address or Post Office Box
Columbia, SC 29202
City, State, Zip Code
(803) 771-4400
Telephone Number
gmatthews@RichardsonPlowden.com
E-Mail Address

Eugene H. Matthews
Name of Local Counsel
s/Eugene H. Matthews
Signature of Local Counsel
Local Counsel for the Defendant

District of South Carolina
Federal Bar Number 7141

revised 09/19/05