UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Sheila Buckman,<br><br>Plaintiff,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | C/A NO: 3:25-7588-SAL<br><br>**ORDER** |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Iwana Rademaekers who represents Defendant, Lincoln National Life Insurance Company

□ Be **granted** admission *pro hac vice* in this case.

□ Be **denied** admission *pro hac vice* in this case.

______________________ ________________________________________

Date United States District/Magistrate Judge