**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Sheila Buckman,<br><br>Plaintiff,<br><br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | **C.A. No.: 3:25-cv-07588-SAL**<br><br>**PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

The Plaintiff, by and through her/his undersigned attorney, hereby answers Local Rule 26.01 (D.S.C.), Interrogatories, as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Answer:** None.

(B) As to each claim, state whether it should be tried jury or non-jury and why.

**Answer:** Plaintiff's Complaint seeks a jury trial. Although the courts are not in complete agreement, the clear majority view is that ERISA cases are to be tried nonjury. If the Court agrees with that majority, Plaintiff does not oppose a bench trial.

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Answer:** Plaintiff is not a publicly owned company.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Answer:** Defendant provided coverage of Plaintiff in South Carolina and Defendant is authorized to do business in South Carolina. Plaintiff brought this action Sumter County, South Carolina, and the action has been removed from the Sumter County Court of Common Pleas.

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Answer:** This action is not related to any other action currently pending or otherwise before the United States District Court.

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Answer:** N/A

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**Answer:** N/A

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based

on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Answer:** Not applicable at this time.

**CROMER BABB & PORTER, LLC**

BY: *s/Shannon M. Polvi*

Shannon M. Polvi (Fed.# 11978)
1418 Laurel Street, Suite A
Columbia, South Carolina 29201
Post Office Box 11675
Columbia, South Carolina 29211
Phone: (803) 799-9530
Fax: (803) 799-9533
Shannon@CromerBabb.com

***Attorney for Plaintiff***

July 29, 2025
Columbia, South Carolina