**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Sheila Buckman,<br><br>Plaintiff,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | ) | Civil Action No. 3:25-cv-07588-SAL |

**JOINT CERTIFICATION REGARDING ERISA CASE ORDER**

Plaintiff Sheila Buckman and Defendant The Lincoln National Life Insurance Company file this Joint Certification Regarding ERISA Case Order and state as follows:

A. The Parties conferred on September 15, 2025, with respect to the matters contained in the Specialized Case Management Order and Joint Stipulation Instructions for ERISA Cases.

B. The parties differ on issues nos. 3, 7, and 8 raised by the Joint Stipulation. As to the other issues in the Joint Stipulation, the Parties are in agreement.

C. The Parties agree to the procedure for disposition of this action proposed by the Joint Stipulation Instructions.

D. The Parties have exchanged the administrative record and plan document, which they will both rely upon in briefing their positions.

E. The Parties are engaged in settlement negotiations and hope to have this case resolved prior to the briefing deadlines.

| **FOR PLAINTIFF:** | **FOR DEFENDANT:** |
|---|---|
| /s/ Shannon M. Polvi | /s/ Eugene H. Matthews |
| Shannon M. Polvi (Fed.# 11978) | Eugene H. Matthews, ID #7141 |

COMER BABB & PORTER, LLC
1418 Laurel Street, Suite A
Columbia, South Carolina 29201
Post Office Box 11675
Columbia, South Carolina 29211
Phone: (803) 799-9530
Fax: (803) 799-9533
Email: Shannon@CromerBabb.com

Dated: September 16, 2025

RICHARDSON PLOWDEN
& ROBINSON, P.A.
Post Office Drawer 7788
Columbia, South Carolina 29202
T: (803) 771-4400
F: (803) 779-0016
Email: gmatthews@RichardsonPlowden.com

-and-

/s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar # 16452560
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
T: (214) 579-9319
F: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Admitted Pro Hac Vice

Dated: September 16, 2025