**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Sheila Buckman,<br><br>Plaintiff,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:25-cv-07588-SAL |

**JOINT MOTION TO EXTEND MEDIATION DEADLINE AND CROSS-MEMORANDA IN SUPPORT OF JUDGMENT DEADLINE**

Plaintiff Sheila Buckman and Defendant The Lincoln National Life Insurance Company hereby move the Court for a fourteen (14) day extension of the mediation deadline and extension of the cross-memoranda in support of judgment deadline to follow thereafter mediation and state as follows:

Pursuant to the Specialized Case Management Order entered on July 18, 2025 (ECF No. 5), mediation shall be completed within thirty (30) days following the conference addressed in Paragraph 2 of the Order. The deadlines detailed in Paragraph 1 of the Order have already been complied with and the Parties have agreed on a mediator. The parties timely held their Joint Stipulation Conference pursuant to Paragraph 2 of the Order on September 15, 2025. Accordingly, the mediation deadline is October 15, 2025. However, the first date on which all Parties and the selected mediator are available to attend mediation is October 29, 2025, which is beyond the 30-day deadline to complete mediation, as specified in the Court's Order.

Pursuant to the Specialized Case Management Order, the parties shall file cross-memoranda in support of judgment within sixty days after the conference. (ECF No. 5). The

parties respectfully request the deadline for the cross-memoranda be moved to December 12, 2025. The parties are optimistic that mediation may lead to a resolution of this matter, and they are committed to engaging in that process in good faith. In the interest of judicial economy and the efficient use of both the Court's and the parties' resources, the parties respectfully request to defer the preparation and submission of cross-memoranda until after the conclusion of mediation. Proceeding with costly and time-intensive briefing at this juncture may ultimately prove unnecessary should mediation be successful.

Counsel for the parties also submit that the requested six-week period following mediation is both reasonable and necessary. The administrative record in this case comprises approximately seven thousand pages, which will require substantial review and analysis in order to prepare meaningful and accurate memoranda with the necessary citations to the record. Furthermore, the requested timeframe accounts for the upcoming Thanksgiving holiday period, during which many offices and operations are limited. This additional time will ensure that the parties can give the memoranda the attention they require without compromising quality or efficiency.

For these reasons, the parties respectfully request that the Court grant the proposed schedule, which balances the interest in promoting settlement through mediation with the need to allow sufficient time for the parties to fully and fairly address the issues should mediation not resolve the matter.

This is the parties' first request to the Court to extend the deadlines in this case. This short extension of the mediation deadline would effect the remaining deadlines contained in the Court's Order, as described above.

The purpose of this additional time is to provide the parties an opportunity to participate in a mediation of this matter and engage in discussion concerning reaching an early resolution to this case. Accordingly, the Parties respectfully request an extension through and including October 29, 2025, to complete mediation in this case and approximately 6 weeks later, a deadline of December 12, 2025, to file cross-memoranda in support of judgment.

Respectfully submitted by,

**FOR PLAINTIFF:**

/s/ Shannon M. Polvi
Shannon M. Polvi (Fed.# 11978)
COMER BABB & PORTER, LLC
1418 Laurel Street, Suite A
Columbia, South Carolina 29201
Post Office Box 11675
Columbia, South Carolina 29211
Phone: (803) 799-9530
Fax: (803) 799-9533
Email: Shannon@CromerBabb.com

Dated: September 16, 2025

**FOR DEFENDANT:**

/s/ Eugene H. Matthews
Eugene H. Matthews, ID #7141
RICHARDSON PLOWDEN
& ROBINSON, P.A.
Post Office Drawer 7788
Columbia, South Carolina 29202
T: (803) 771-4400
F: (803) 779-0016
Email: gmatthews@RichardsonPlowden.com

-and-

/s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar # 16452560
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
T: (214) 579-9319
F: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Admitted Pro Hac Vice

Dated: September 16, 2025