**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Sheila Buckman,<br><br>Plaintiff,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | ) | Civil Action No. 3:25-cv-07588-SAL |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Sheila Buckman and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted by,

**FOR PLAINTIFF:**

/s/ Shannon M. Polvi
Shannon M. Polvi (Fed.# 11978)
COMER BABB & PORTER, LLC
1418 Laurel Street, Suite A
Columbia, South Carolina 29201
Post Office Box 11675
Columbia, South Carolina 29211
Phone: (803) 799-9530
Fax: (803) 799-9533
Email: Shannon@CromerBabb.com

Dated: November 21, 2025

**FOR DEFENDANT:**

/s/ Eugene H. Matthews
Eugene H. Matthews, ID #7141
RICHARDSON PLOWDEN
& ROBINSON, P.A.
Post Office Drawer 7788
Columbia, South Carolina 29202
T: (803) 771-4400
F: (803) 779-0016
Email: gmatthews@RichardsonPlowden.com

-and-

/s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar # 16452560
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
T: (214) 579-9319
F: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Admitted Pro Hac Vice

Dated: November 21, 2025